IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| CHARLES J. HARRIS and<br>SARA P. HARRIS, | : | |
| Plaintiffs, | : | |
| v. | : | Civil Action No. 4:04-cv-159 (HL) |
| FLINT LEE HOUSTON and<br>STONIE LEE HOUSTON, | : | |
| Defendants. | : | |

## ORDER

On January 5, 2007, Plaintiffs Charles J. and Sara P. Harris filed a document entitled "Consent Motion to Drop Defendant Flint Lee Houston With Prejudice" (Doc. 77). This document moved the Court for an order dismissing Defendant Flint Lee Houston from the present case and dismissing all claims against him with prejudice. For the reasons set forth below, the Motion is granted.

Federal Rule of Civil Procedure 41(a)(1) allows an action to dismissed by a plaintiff without an order of court "by filing a stipulation of dismissal signed by all parties who have appeared in the action." Fed. R. Civ. P. 41(a)(1). However, the present document not only asked the Court for an order of dismissal, but also was only signed by Plaintiffs Charles J. and Sara P. Harris and attorneys acting explicitly on behalf of Defendant Flint Lee Houston and the United Services Automobile Association. No attorney explicitly signed the

1

document on behalf of Defendant Stonie Lee Houston, clearly a party who has appeared in the action. As such, the action is not dismissed by the Plaintiffs under Rule 41(a)(1).[1]

Federal Rule of Civil Procedure 41(a)(2) allows an action to dismissed upon order of a court at the plaintiff's instance. Fed. R. Civ. P. 41(a)(2). Here, the Court has spoken with Stonie Lee Houston's attorney, who also represents Flint Lee Houston, and confirmed that Stonie Lee Houston consents to the dismissal of the action against Flint Lee Houston. Accordingly, the Court is satisfied that all parties who have appeared in the action consent to the dismissal of all claims against Flint Lee Houston, and no additional terms or conditions are necessary.

The "Consent Motion to Drop Defendant Flint Lee Houston With Prejudice" (Doc. 77) is granted. All claims against Flint Lee Houston in the present action are dismissed with prejudice, and he is dismissed from the case with prejudice.

**SO ORDERED**, this 17th day of January, 2007.

                                                        s/ Hugh Lawson
                                                      **HUGH LAWSON, JUDGE**

pdl

---

[1] The Court notes the document did not specify whether it was brought under Rule 41(a)(1) or any other Rule.